IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>CONFESOR CABRERA<br>Defendant | CRIMINAL 12-0515CCC |

**ORDER**

     Having considered the Report and Recommendation filed on July 2, 2012 (**docket entry 22**) on a Rule 11 proceeding of defendant Confesor Cabrera held before U.S. Magistrate Judge Bruce J. McGiverin on June 21, 2012, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

     This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 21, 2012.  The **sentencing hearing is set for September 19, 2012 at 4:15 PM**.

     SO ORDERED.

     At San Juan, Puerto Rico, on July 20, 2012.

                                               S/CARMEN CONSUELO CEREZO
                                               United States District Judge